UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE ROBERSON,<br><br>      Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | C07-391RSL<br>MINUTE ORDER |

      This action has been reassigned to the Honorable **Robert S. Lasnik**, United States Chief District Court Judge. All future documents filed in this case must bear the cause number **C07-391RSL** and bear the Judge's name in the upper right hand corner of the document.

      It appearing from the files and records herein that this is an appropriate proceeding to refer to a full-time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by Matthews, Secretary of HEW vs Weber, 432, US 261 (1976), now therefore,

      Pursuant to the General Order entered by the Chief Judge in this district, IT IS ORDERED that the above entitled action is hereby referred to the Honorable James P. Donohue, United States Magistrate Judge, who is directed and empowered to review the administrative record, and to submit proposed findings and conclusions, and recommended disposition. The procedure for review of those recommendations shall be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

      Dated this 12th day of June, 2007.
Bruce Rifkin, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas, Deputy Clerk