UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENISE ROBERSON, | ) Case No. C07-391-RSL |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING IN PART AND |
| | ) DENYING IN PART PLAINTIFF'S |
| MICHAEL J. ASTRUE, Commissioner, | ) MOTION FOR ATTORNEY'S FEES, |
| Social Security Administration, | ) COSTS AND EXPENSES |
| Defendant. | ) |

The Court, after careful consideration of plaintiff's motion for attorney's fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), defendant's response and plaintiff's reply, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for attorney's fees, costs, and expenses (Dkt. No. 23) is GRANTED IN PART AND DENIED IN PART as set forth in the Report and Recommendation.

(3) Plaintiff's attorney, Mr. Robert A. Friedman, is awarded attorney's fees in the amount of $3,512.31 based on 21.1 hours of work at the rate of $166.42 per hour, as well as expenses in the amount of $56.08 and costs of $19.75 under

the EAJA, 28 U.S.C. § 2412 and 1920.

(4) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Donohue.

DATED this 24th day of June, 2008.

                                              */s/ Robert S. Lasnik*
                                              Robert S. Lasnik
                                              United States District Judge

ORDER GRANTING IN PART AND DENYING
IN PART PLAINTIFF'S MOTION FOR
ATTORNEY'S FEES, COSTS AND EXPENSES
PAGE – 2